51,030-08

Paul A. Propes, Jr.,
    Relator

V.

The Honorable Judge
Jill Willis.

IN THE COURT OF
CRIMINAL APPEALS
OF AUSTIN, TEXAS.

TRIAL COURT CASE NO.
W-199-82537-08-HC4

MOTION FOR WRIT
OF MANDAMUS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015
Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF SAID COURT:

NOW, COMES, PAUL A. PROPES JR., RELATOR, TO BE HEARD IN SAID CAUSE. RELATOR PROPES, IS ASKING THIS COURT TO HAVE THE CLERK OF THE 429TH DISTRICT COURT OF COLLIN COUNTY, TEXAS, TO PRESENT TO THE HONORABLE JUDGE JILL WILLIS, RELATORS "BRADY" MOTION, AND ORDER THE HONORABLE JUDGE JILL WILLIS, TO HEAR AND RESPOND PRA TO RELATORS "BRADY" MOTION.

JUDGE JILL WILLIS, HAS BEEN VERY FAIR TO RELATOR PROPES, BUT BELIEVES HIS MOTION HAS BEEN OVERLOOKED. THIS MOTION IS VERY IMPORTANT TO RELATOR IN PROVING HIS INNOCENCE IN THIS MATTER.

## PRAYER

WHEREFORE PREMISES, RELATOR PROPES. PRAYS THAT THIS COURT OF CRIMINAL APPEALS. ORDER THE CLERK OF THE 429TH DISTRICT COURT OF COLLIN COUNTY TEXAS. TO PRESENT RELATORS "BRADY" MOTION TO THE HONORABLE JUDGE JILL WILLIS, AND ORDER THE JUDGE TO HEAR AND RULE ON RELATORS "BRADY" MOTION. THANK YOU + GOD BLESS

SINCERELY.

Paul A. Propes Jr.
RELATOR PRO SE
MICHAEL UNIT 1598638
2664 FM 2054
TENN COLONY TEXAS 75886.

## INMATE DECLARATION

I PAUL A. PROPES., JR., RELATOR BEING PRESENTLY INCARERATED AT THE MICHAEL UNIT, DECLARE UNDER PENALTY OF PERJURY THAT ACCORDING TO MY BELIEF THAT THE FACTS STATED IN THE APPLICATION ARE TRUE AND CORRECT.

SIGNED ON SEPT 13, 2015.

Paul A. Propes Jr.
RELATOR PRO SE